# UNITED STATES DISTRICT COURT

### Southern District of Indiana

*Roger A. G. Sharpe*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105*<br>*Indianapolis, Indiana*<br>*46204* | *101 Northwest MLK Boulevard*<br>*Evansville, Indiana*<br>*47708* |
| *921 Ohio Street*<br>*Terre Haute, Indiana*<br>*47807* | *121 West Spring Street*<br>*New Albany, Indiana*<br>*47150* |

February 28, 2023

Re: UNITED STATES OF AMERICA v. JASON M. BETTS
Cause Number: 1:21–cr–00193–JPH–MJD

TO ALL COUNSEL OF RECORD:

Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge M. Kendra Klump to the docket of Judge Mark J. Dinsmore on February 28, 2023. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:21–cr–00193–JPH–MJD should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By: s/Rebekah Farrington
Rebekah Farrington, Deputy Clerk